CorpLLC - File Detail Report　　　　　　　　　　　　　　　　　　　　Page 1 of 1

Case: 1:11-cv-00701 Document #: 1-1 Filed: 01/31/11 Page 1 of 1 PageID #:7



SERVICES　　PROGRAMS　　PRESS　　PUBLICATIONS　　DEPARTMENTS　　CONTACT

## CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | GLOBAL CREDIT & COLLECTION CORPORATION | File Number | 64069497 |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 02/24/2005 | State | DELAWARE |
| Agent Name | C T CORPORATION SYSTEM | Agent Change Date | 02/24/2005 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | DANIEL ELMALEM 300 INTERNAT'L DR #100 WILLIAMSVILLE NY 12421 |
| Agent City | CHICAGO | Secretary Name & Address | MARTIN SUGAR SAME |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 00/00/0000 | For Year | 2011 |

Return to the Search Screen　　　Purchase Certificate of Good Standing

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE



EXHIBIT A

http://www.ilsos.gov/corporatellc/CorporateLlcController　　　　　　　　　　　1/31/2011