Case: 1:11-cv-00701 Document #: 1-2 Filed: 01/31/11 Page 1 of 1 PageID #:8

Print this Listing

1/31/2011    **Illinois Division of Professional Regulation**    11:51:46 AM

## SEARCH FOR LICENSEE BY PROFESSION:
## Collection Agency, Licensed
## THERE ARE 1 RECORDS WHOSE NAME CONTAINS: global credit

| Licensee's Name | DBA / AKA | License Number | License Status | City, State | Original Date | Current Exprtn | Ever Discplned? |
|---|---|---|---|---|---|---|---|
| GLOBAL CREDIT & COLLECTION CORPORATION | | 017020943 | ACTIVE | Williamsville, NY | 07/12/2006 | 05/31/2012 | N |

Page 1



EXHIBIT B