PO Box 101928, Dept. 2417  
Birmingham, AL 35210     020984

**GLOBAL**  
CREDIT & COLLECTION CORP

Capital One Bank (USA), N.A.  
PO Box 71083  
Charlotte, NC 28272-1083  
1-866-915-5207

March 29, 2010

| | |
|---|---|
| Client | Capital One Bank (USA), N.A. |
| Account Number | |
| Global ID | |
| Amount Due | $1708.40 |

**AUTO**MIXED AADC 350  
Misty M Zemeckis              86  
IL

Dear Misty M Zemeckis,

**Your delinquent account now meets Capital One Bank (USA), N.A.'s guidelines for legal action if it charges off.**

Your account has been placed with Global Credit & Collection Corp., a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Capital One Bank (USA), N.A. has not yet made a decision to file a lawsuit, there is still time for you to work with us in resolving this matter.

If we cannot get this matter resolved soon and your account charges off, Capital One Bank (USA), N.A. may be forced to take legal action. This could result in a judgment against you. If Capital One Bank (USA), N.A. obtains a judgment against you, they can take whatever actions they deem advisable to enforce it. In addition, judgments are a matter of public record, and employers, landlords, and other creditors can check your credit and see that the judgment has been taken against you.

It is not too late to fix this situation. We urge you to act now.

Call our office today at 1-866-915-5207 to make arrangements to resolve this matter, if you cannot make your minimum payment, we can go over the options available to you.

Prior to any judgment, you will be notified and able to raise defenses. Capital One Bank (USA), N.A.'s remedies will be subject to applicable property exemptions.

Ms. Lamabe  
1-866-915-5207

If you would like to make your payment directly to Capital One please visit www.capitalone.com/solutions.

**SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**  
Detach and Return Bottom Portion with Payment

Please print address changes below using blue or black ink.

Street _____ Apt. # _____

City _____ State _____ ZIP _____

Home Phone _____ Alternate Phone _____

MISTY M ZEMECKIS  
IL

Total Balance: $1708.40

Total Enclosed: $_____

Capital One Bank (USA), N.A.  
PO Box 71083  
Charlotte, NC 28272-1083

EXHIBIT C

718HC                            1-866-915-5207

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment, if any, and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**WE ARE ACTING AS A DEBT COLLECTOR. THIS LETTER IS AN ATTEMPT TO COLLECT THIS DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

We are required under state law to give you the following notices, some of which refer to rights you also have under federal law. This list does not contain a complete list of the rights which consumers or commercial businesses have under state and federal law. Note the following which apply in the specified states:

| STATE | APPLICABLE NOTICE |
|---|---|
| California | The state Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. |
| Colorado | A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.<br>FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA. |
| Massachusetts | NOTICE OF IMPORTANT RIGHTS:<br>YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT MAY NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOUR PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.<br><br>Global Credit and Collection Corp. Office in Massachusetts: 5230 Washington Street, West Roxbury, MA 02132. Hours of operation: Monday to Thursday 10:00am - 3:00pm. |
| Michigan | Michigan requires us to give the following notice, however, all consumers have these rights under federal law: The failure of a consumer to dispute the validity of a debt shall not be construed as an admission of liability by the consumer. |
| Minnesota | This collection agency is licensed by the Minnesota Department of Commerce. |
| New York | New York City Department of Consumer Affairs license numbers are – Williamsville-1210498 and Markham-1210496. In accordance with the requirements of NY Code Section 20-493.1 we are disclosing that Global Credit and Collection Corporation's contact person is Mr. Daniele DePaolis, telephone number 1-877-241-7840. |
| North Carolina | North Carolina Department of Insurance permit numbers are – Williamsville-4370 and Markham-4369. |
| Tennessee | This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Tenn. Code. Ann ss 62-20-111(b). |
| Washington | Global Credit & Collection Corp. licensed address in Washington is: 512 Bell Street, Edmonds, Washington 98020-3147. |
| Wisconsin | This collection agency is licensed by the Administrator of the Division of Banking, PO Box 7876, Madison, Wisconsin 53707. |

**OFFICE HOURS:**
Sunday: 9:00 am EST - 3:00 pm EST
Monday - Thursday: 8:30 am EST - 9:00 pm EST
Friday: 8:30 am EST - 6:00 pm EST
Saturday: 9:00 am EST - 3:00 pm EST